NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1149, -1150

APPLIED MATERIALS, INC.,

Plaintiff-Appellee,

v.

MULTIMETRIXS, LLC, MARK KESEL,
BORIS KESIL, and ELIK GERSHENZON,

Defendants-Appellants.

Appeals from the United States District Court for the Northern District of California in case no. 06-CV-7372, Judge Marilyn Hall Patel.

ON MOTION

O R D E R

The parties submit responses to this court's March 10, 2010 order. Applied Materials, Inc. moves without opposition for judicial notice of "two documents from appellant MultiMetrixs' Chapter 7 bankruptcy proceedings in the U.S. District Court for the Northern District of California (Case No. 08-54636 ASW 7)." Applied Materials also moves without opposition for an extension of time to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     Proceedings in this court are stayed, due to the pending bankruptcy cases filed by the defendants in which the automatic stay of proceedings has not already been lifted. The parties are directed to file status reports every 90 days, informing this court of the status of the bankruptcy proceedings as it may relate to these appeals. The

parties should promptly inform this court if the bankruptcy court lifts the stay of proceedings for all remaining defendants.

(2)    The motion for judicial notice is granted.

(3)    The motion for an extension of time is moot. Proceedings remain stayed in this court.

FOR THE COURT

__MAY 1 1 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Rohit Kuman Singla, Esq.
        Jeffrey I. Kaplan, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 1 2010

JAN HORBALY
CLERK

2010-1149, -1150                    - 2 -